FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

December 1, 2025

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Cordero v. City University Of New York, et al.**
**Case No. 25 Civ. 7354 (LAK)(VF)**

Dear Judge Figueredo:

This firm represents Plaintiff in the above-referenced matter. We write to respectfully request a one-week extension of Plaintiff's deadline to amend her complaint and a concomitant extension of all other deadlines. The current deadlines are as follows:

1. Plaintiff to amend her complaint by December 2, 2025;
2. Defendants to respond by January 16, 2026;
3. If Defendants move, Plaintiff to oppose the motion by February 17, 2026; and
4. Defendants to reply by March 4, 2026.

The new proposed deadlines would be as follows:

5. Plaintiff to amend her complaint by December 9, 2025;
6. Defendants to respond by January 23, 2026;
7. If Defendants move, Plaintiff to oppose the motion by February 24, 2026; and
8. Defendants to reply by March 11, 2026.

This is the first request of this kind, and Defendants consent. The reason for the request is that Plaintiff needs additional time to file the amended complaint given a press of work in other cases and the holidays last week. We therefore request this extension.

Thank you for your consideration regarding this matter.

Respectfully submitted,

-----------/s/-----------------------
Michael Taubenfeld

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: December 2, 2025**

The requested extension is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

2