F I S H E R | T A U B E N F E L D LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

September 1, 2026

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 2, 2026**

The motion for an extension of time is GRANTED. Plaintiff's motion for leave to amend is due on **September 17, 2026**, Defendant's response is due **October 2, 2026**, and Plaintiff's reply is due **October 9, 2026**. The Clerk of Court is respectfully directed to close the motion at ECF No. 32.

**VIA ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Cordero v. City University Of New York, et al.**
**Case No. 25 Civ. 7354 (LAK)(VF)**

Dear Judge Kaplan:

This firm represents Plaintiff in the above-referenced matter. The parties write to respectfully request an extension of Plaintiff's September 3, 2026 deadline to move to amend her complaint. This is the first request of this kind and no other deadlines are affected if this request is granted.

Plaintiff requires a brief extension to finalize the proposed Second Amended Complaint. As a professional courtesy, and in the hope of narrowing any issues before the Court, Plaintiff intends to provide Defendants' counsel with a draft of the proposed pleading on or before September 8, 2026 in advance of filing the motion. In the event Defendants do not consent, the parties respectfully propose the following briefing schedule for the motion to amend:

September 17, 2026 - Plaintiff to file motion for leave to amend
October 2, 2026 - Defendants' opposition due
October 9, 2026 - Plaintiff's reply due

We therefore respectfully request that the Court grant this extension.

Thank you for your consideration regarding this matter.

Respectfully submitted,
-----------/s/-----------------------
Michael Taubenfeld