FISHER | TAUBENFELD LLP

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated: October 20, 2026**

The request for an extension is **GRANTED**. The Clerk of Court is respectfully directed to close the motion at ECF No. 42.

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Cordero v. City University Of New York, et al.**
**Case No. 25 Civ. 7354 (LAK)(VF)**

Dear Judge Figueredo:

This firm represents Plaintiff in the above-referenced matter. Plaintiff writes to respectfully request an extension of Plaintiff's deadline to move to amend her complaint. This is the sixth request of this kind and no other deadlines are affected if this request is granted. Defendants do not object to the request.

Plaintiff requests an extension to move to amend her complaint. Plaintiff is finalizing the motion. However, I am a Sabbath observer and unfortunately will not be able to finalize it before sundown in under an hour due to needing to file a motion in a class action matter. We therefore request a one business day extension as follows:

October 19, 2026 - Plaintiff to file motion for leave to amend
November 9, 2026 - Defendants' opposition due
November 16, 2026 - Plaintiff's reply due

Thank you for your consideration regarding this matter.

Respectfully submitted,
-----------/s/------------------------
Michael Taubenfeld